UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-00616-AG (KK) | Date | July 21, 2014 |
|---|---|---|---|
| Title | CLAUDELL HATTER V. DYER | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

On February 2, 2014, Plaintiff Claudell Hatter, an inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 11, 2014, the Court issued an Order Re Service of Process (Docket No. 6) ordering, among other things, that "[w]ithin thirty (30) days of this Order, plaintiff shall file with the Court copies of the USM-285 forms he has submitted to the United States Marshal."

As of this date, Plaintiff has failed to file the USM-285 forms as required by the March 11, 2014 Order.

It therefore appears that plaintiff has failed to follow the Court's Order. Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **August 4, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Alternatively, Plaintiff can discharge this order by filing copies of the USM-285 forms he submitted to the United States Marshal by **August 4, 2014**.

Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.