1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | CLAUDELL HATTER, | Case No. 2:14-cv-616-AG (GJS) |
|----|------------------|-------------------------------|
| 12 | Plaintiff | |
| 13 | v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 14 | DANIEL DYER, | |
| 15 | Defendant. | |

16  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all
17  pleadings, motions, and other documents filed in this action, the Report and
18  Recommendation of United States Magistrate Judge ("Report"), Plaintiff's
19  Objections to the Report, and Defendant's Response. Pursuant to 28 U.S.C. §
20  636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of
21  those portions of the Report to which objections have been stated.
22  Nothing in the Objections affects or alters the analysis and conclusions set forth
23  in the Report.
24  The Court accepts the findings and recommendations set forth in the Report.
25  Accordingly, **IT IS ORDERED** that: Defendant's motion to dismiss is GRANTED;
26  and the Complaint is dismissed with leave to amend by no later than forty-five days
27  after the date of this Order, remedying the deficiencies discussed in the Report in a
28

1   "First Amended Complaint."  The First Amended Complaint must be complete and
2   without reference to the prior complaint or any other already-filed document.
3       **IT IS SO ORDERED.**

5   DATE: December 31, 2015     _____
                                              ANDREW J. GUILFORD
                                              UNITED STATES DISTRICT JUDGE