JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

**Claudell Hatter**,

        Plaintiff,

   v.

**H. Daniel Dyer**,

        Defendant.

Case No. CV 14-00616 AG (GJSx)

**JUDGMENT**

The Court enters judgment for Defendant and against Plaintiff.

Dated March 19, 2018

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT